# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC, F/K/A GREEN TREE SERVICING LLC, A DELAWARE LIMITED LIABILITY COMPANY,<br><br>Appellant,<br>vs.<br>KE ALOHA HOLDINGS, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br><br>Respondent. | No. 77346<br><br>FILED<br><br>SEP 29 2020<br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b). Each party shall bear its own fees and costs.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Richard Scotti, District Judge
Wolfe & Wyman LLP
The Law Office of Mike Beede, PLLC
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-35681